# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Dakota Girls, LLC, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | Civil Action No. 2:20-cv-2035 |
| v. | : | |
| | : | **Judge Morrison** |
| **Philadelphia Indemnity** | : | |
| **Insurance Company,** | : | **Magistrate Judge Jolson** |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEAL TO
## THE SIXTH CIRCUIT COURT OF APPEALS

Notice is hereby given that plaintiffs hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this case by the United States District Court, Southern District of Ohio, Eastern Division on March 8, 2021.  Copies of the District Court's Judgment and Opinion and Order dated March 8, 2021 are attached hereto.

    Respectfully submitted,

    /s/ Charles H. Cooper, Jr.
    Charles H. Cooper, Jr.   (0037295)
    Sean R. Alto   (0087713)
    Cooper & Elliott, LLC
    305 West Nationwide Boulevard
    Columbus, Ohio 43215
    (614) 481-6000
    (614) 481-6001 (Facsimile)
    chipc@cooperelliott.com
    seana@cooperelliott.com

    Attorneys for Plaintiffs

-2-

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing Notice of Appeal was filed electronically and served electronically on the following counsel of record, this 11th day of March, 2021:

    Richard M. Garner, Esq.
Sunny L. Horacek, Esq.
Collins Roche Utley & Garner
655 Metro Place South
Suite 200
Dublin, Ohio 43017
rgarner@cruglaw.com
shoracek@cruglaw.com

Richard L. Fenton, Esq. (admitted *Pro Hac Vice*)
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
richard.fenton@dentons.com

Jeffrey A. Zachman, Esq. (admitted *Pro Hac Vice*)
Dentons US LLP
303 Peachtree Street NE, Suite 5300
Atlanta, Georgia 30308
jeffrey.zachman@dentons.com

Attorneys for Defendant
Philadelphia Indemnity Insurance Company

    /s/ Charles H. Cooper, Jr.